**HUGO V. LOEWI, Inc., a Corporation, Appellant, vs. Fred GESCHWILL, Appellee.**

No. 12440.

United States Court of Appeals
Ninth Circuit.
April 18, 1951.

Upon Petition for Rehearing

For former opinion, see 186 F.2d 849.

Kerr & Hill, Robert M. Kerr and Stuart W. Hill, all of Portland, Or., for appellant.

Roy F. Shields, Randall B. Kester and William E. Dougherty, all of Portland, Or., for appellee.

PER CURIAM.

Before MATHEWS, BONE and POPE, Circuit Judges.

The petition for rehearing is denied.

POPE, Circuit Judge.

I think that a rehearing should be granted upon the question of the measure of damages.

**NATIONAL LABOR RELATIONS BOARD, Petitioner, v. DIXIE MERCERIZING COMPANY, Respondent.**

No. 11231.

United States Court of Appeals
Sixth Circuit.
April 10, 1951.

George J. Bott, Washington, D. C., John C. Getreu, Atlanta, Ga., H. B. Diamond, Washington, D. C., for petitioner.

Frank A. Constangy, Atlanta, Ga., Edwards S. Abernathy, Chattanooga, Tenn., for respondent.

Before ALLEN, McALLISTER, and MILLER, Circuit Judges.

PER CURIAM.

This case came on to be heard upon the record and briefs and oral argument of counsel;

And it appearing that the Board's findings of fact are supported by substantial evidence on the record considered as a whole:

A decree is hereby entered enforcing the order of the National Labor Relations Board issued September 29, 1949.

**UNITED STATES of America, for the Use and Benefit of CRANE CO., Appellant, v. JOHN A. JOHNSON & SONS, Inc., and American Surety Company of New York, Appellees.**

No. 11253.

United States Court of Appeals
Sixth Circuit.
April 12, 1951.

H. H. McCampbell, Jr., Knoxville, Tenn., for appellant.

Clyde W. Key, Knoxville, Tenn., for appellees.

Before ALLEN, MARTIN and MILLER, Circuit Judges.

PER CURIAM.

From consideration of the record and briefs and of the oral arguments at the hearing of this appeal, it is apparent that the sole issue presents a question of fact which was correctly submitted to the jury under appropriate instructions;

And there being substantial evidence to support the verdict of the jury in favor of the defendants, upon which judgment was duly entered;

And no error appearing in the charge or in any ruling of the District Court, its judgment is affirmed; and it is so ordered.